# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES JOSEPH MAKI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69049

**FILED**

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from an order denying a motion to amend the judgment of conviction. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Appellant Charles Maki argues that the judgment of conviction did not comply with NRS 176.105. The district court denied the motion because a postconviction petition for a writ of habeas corpus is the proper remedy to challenge the validity of the judgment of conviction and sentence and the claims raised fell outside the scope of a motion to modify or correct an illegal sentence. Based upon our review of the record on appeal, we conclude that the district court did not err in denying the motion.[1] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

---

[1]Appellant may challenge the alleged failure to conduct a timely parole hearing in a petition for a writ of mandamus filed in the district court in the first instance. *See* NRS 34.160.

16-35916

cc: Hon. Lidia Stiglich, District Judge
Charles Joseph Maki
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk